UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:25-cr-14-KCD-DNF

VICTOR LAWSON

## ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Indictment, wire fraud, in violation of 18 U.S.C. § 1343. The United States has established that the defendant obtained $14,092 in proceeds as a result of the offense charged in Count One.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), for entry of an order of forfeiture in the amount of $14,092, which upon entry shall be a final order of forfeiture as to the defendant. The motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $14,092.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $14,092 order of forfeiture. The court retains

jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

**ORDERED** in Fort Myers, Florida on October 28, 2025.

Kyle C. Dudek
United States District Judge